**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE D. MORTON SR., ) | NO. CV 16-7185-CAS (KS) |
| Plaintiff, ) ) | |
| v. ) ) | **JUDGMENT** |
| ) | |
| COUNTY OF LOS ANGELES ) DEPARTMENT OF CORRECTIONS ) et al., ) | |
| Defendants. ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   January 6, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE